UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.

01 MAR -6 PM 3: 44

U.S. DISTRICT COURT
W. DIST. OF N.C.

In re:                                      )                    No. 3:00M217
                                            )
PROPERTIES HELD BY FIRST                    )                    ORDER
BENEFICIAL MORTGAGE CORP., et al.           )


UPON MOTION OF THE UNITED STATES OF AMERICA, the Court hereby unseals the

warrant, application, affidavit, and other documents in the above-captioned matter.

IT IS SO ORDERED, this the 6½ day of March, 2001.

Carl Horn, III
CARL HORN III
Chief United States Magistrate Judge


**DOCUMENT
SCANNED**